**01–949.   Vandalia–Butler City School Dist. Bd. of Edn. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 98–M–1014. This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated with Supreme Court case No. 01–948, *Vandalia–Butler City School Dist. Bd. of Edn. v. Montgomery Cty. Bd. of Revision et al.*, for oral argument and decision.

**01–963.   State ex rel. Spengler v. Buckeye Bd. of Edn.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. A telephone mediation conference was scheduled for July 27, 2001. Whereas respondents have neither filed an application for dismissal nor requested that the case proceed before this court,

IT IS ORDERED by the court, *sua sponte*, that respondents show cause within ten days of the date of this entry why this case should not be returned to the regular docket and proceed before the court on the merits.

**01–1431.   Wade v. Riser.**
Franklin App. No. 01AP–625. Upon consideration of appellant's motion for emergency stay and continuance of proceedings pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940,

IT IS ORDERED by the court that the motion for emergency stay and continuance of proceedings be, and hereby is, denied.

**01–1433.   Whisman v. Riser.**
Franklin App. No. 01AP–624. Upon consideration of appellant's motion for emergency stay and continuance of proceedings pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940,

IT IS ORDERED by the court that the motion for emergency stay and continuance of proceedings be, and hereby is, denied.

**01–1457.   Edgbarton Invest. Co., L.L.C. v. Target Expediting, Inc.**
Lucas App. No. L–00–1358. Upon consideration of appellant's motion for stay of execution of trial court's and court of appeals' judgments pending Supreme Court of Ohio appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied as moot.

**01–1589.   State v. Leonard.**
Hamilton C.P. No. B0005891. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to January 4, 2002.

**01–1781.   In re Puckett.**
Butler App. Nos. CA2000–10–203 and CA2000–11–223. This cause is pending before the court as an appeal involving termination of parental rights/adoption.

IT IS ORDERED by the court, *sua sponte*, that this case be consolidated with Supreme Court case No. 01–1782, *In re Abigail Puckett and Jarred Puckett.*

**01–1782.   In re Puckett.**
Butler App. Nos. CA2000–10–203 and CA200–11–223. This cause is pending before the court as an appeal involving termination of parental rights/adoption.

IT IS ORDERED by the court, *sua sponte*, that this case be consolidated with Supreme Court case No. 01–1781, *In re Abigail Puckett and Jarred Puckett.*